UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGIK ARAKELYAN, <br><br> Plaintiff, <br><br> v. <br><br> PENNY MAC LOAN SERVICES, LLC, et al., <br><br> Defendants. | Case No. CV 13-3107 FMO (MRWx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On May 28, 2013, the court issued an Order granting plaintiff leave to file a First Amended Complaint no later than June 10, 2013. Plaintiff was "cautioned that failure to timely file a First Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)." As of the filing date of this Order, no First Amended Complaint has been filed. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b).

Dated this 13th day of June, 2013.

/s/
Fernando M. Olguin
United States District Judge