JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGIK ARAKELYAN,<br><br>            Plaintiff,<br><br>      v.<br><br>PENNY MAC LOAN SERVICES, LLC, et al.,<br><br>            Defendants. | Case No. CV 13-3107 FMO (MRWx)<br><br>**JUDGMENT** |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of June, 2013.

/s/
Fernando M. Olguin
United States District Judge